UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CATHERINE MASSACANI, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 16-30069-KAR |
| | ) | |
| v. | ) | |
| | ) | |
| KELLY SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

SETTLEMENT ORDER OF DISMISSAL
August 10, 2018

The court, having been advised on <u>August 8, 2018,</u> that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

 /s/ Melissa M. Calderón
Melissa M. Calderon
Deputy Clerk